# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES of AMERICA | : | CR. 13-769(PGS) |
| | : | |
| V. | : | ORDER |
| JUANITA L. BERRY | : | |
| | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is on this 18TH, day of December 2013,

O R D E R E D that Federal Public Defender David E. Schafer, AFPD for the District of New Jersey, is hereby appointed to represent said defendant in this cause until further order of the Court *for today's purposes (Dec 18, 2013)*

                                        PETER G. SHERIDAN, U.S.D.J.

cc: Petitioner
     Federal Public Defender